UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Patrick Gorychka

     Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

**7:21-cr** 528

Defendant Patrick Gorychka hereby voluntarily consents to participate in the following proceeding via   ☒ videoconferencing or ☒ teleconferencing:

- ☐   Initial Appearance Before a Judicial Officer

- ☒   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ☐   Guilty Plea/Change of Plea Hearing

- ☐   Bail/Detention Hearing

- ☐   Conference Before a Judicial Officer - Assignment of Counsel

(During a phone call on August 18, 2021, Patrick Gorychka authorized Benjamin Gold to affix his electronic signature on this form.

*Patrick Gorychka*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Patrick Gorychka
Print Defendant's Name

*Ben G*
Defendant's Counsel's Signature

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/19/2021
Date

*Judith C. McCarthy*
~~U.S. District Judge~~/U.S. Magistrate Judge