# Federal Defenders
## OF NEW YORK, INC.

**MEMO ENDORSED**

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 17, 2021

The Honorable Kenneth K. Karas
District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    United States v. Patrick Gorychka
             21-cr-528 (KMK)

Dear Honorable Karas:

    I am writing on behalf of Mr. Gorychka to ask that Your Honor please adjourn the telephonic conference that is scheduled for November 18, 2021 at 12:00pm. As background, I have submitted a mitigation report to the Government and have asked for a particular plea. My request has thus far been rejected, but I have requested an opportunity to speak with the Chief of the Criminal Division concerning my proposed disposition. My understanding is that this meeting will most likely occur in the first or second week of December. Under these circumstances, I ask that Mr. Gorychka's conference be adjourned to a date in late December or early January.

    I have spoken to AUSA Marcia Cohen and she does not object to this request. Regarding speedy trial, I consent to the exclusion of time.

    Thank you for your consideration.

Granted. The conference is adjourned to 1/ 18/22, at 10:00 Time is excluded until then, in the interests of justice, so that counsel for Mr. Gorychka may pursue a disposition with senior members of the US Attorney's Office. The interests of justice from this exclusion outweigh the public's and Mr. Gorychka. See 18 U.S.C. Section 3161(H)(7)(A).

So Ordered.

*[signature]*
11/17/21

AUSA Marcia Cohen

Sincerely,

//s

Benjamin Gold
Assistant Federal Defender