# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

MEMO ENDORSED

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 14, 2022

The Honorable Kenneth K. Karas
District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:  United States v. Patrick Gorychka
     21-cr-528 (KMK)

Dear Honorable Karas:

    I am writing on behalf of Mr. Gorychka to ask that Your Honor please adjourn the telephonic conference that is scheduled for March 17, 2022 2:00pm. As background, I have been in plea negotiations with the Government and, on March 3, 2022, I received a written plea agreement. I am in the process of going through that agreement with Mr. Gorychka. Additionally, I am in the process of setting up a meeting to view certain evidence in the Government's possession. Under these circumstances, I ask that Your Honor please adjourn Mr. Gorychka's hearing to a date in April or May.[1]

    I have spoken to AUSA Marcia Cohen and she does not object to this request. Regarding potential dates, we are both available the weeks of May 9th and May 16th, although I am unavailable on May 20th and in the afternoon on May 19th.

    Thank you for your consideration.

Granted. The conference is adjourned to 5/11/22, at 11:00 Time is excluded until then, in the interests of justice, to allow Mr. Gold adequate time to review a proposed plea agreement with Mr. Gorychka. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
*/s/ 3/14/22*

Sincerely,

//s

Benjamin Gold
Assistant Federal Defender

AUSA Marcia Cohen

---

[1] I have no objection to waiving time pursuant to the Speedy Trial Act.