## UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  May 20, 2022
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

               Plaintiff                        **SCHEDULING ORDER**

      -against-                              7:21-cr-00528-KMK

Patrick Gorychka

              Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a change of plea hearing for 5/23/2022 at 4 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.  Counsel will also be provided with a Teams link to appear by video.

Dated:  5/20/2022
        White Plains, New York

                                    SO ORDERED:

                                    s/      PED

                                  PAUL E. DAVISON
                                United States Magistrate Judge