# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

**MEMO ENDORSED**

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 4, 2023

The Honorable Kenneth K. Karas
District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   United States v. Patrick Gorychka
      21-cr-528 (KMK)

Dear Honorable Karas:

I am writing in relation to Patrick Gorychka's sentencing and to ask that Your Honor please allow me to submit my sentencing memorandum on January 9, 2023. As background, Mr. Gorychka is scheduled to be sentenced on Thursday, January 19, 2023. Under the Court's rules, my sentencing submission is therefore due on January 5, 2023. The final Probation Report, however, has not yet been released. Earlier today, I reached out to Probation and was told that the final PSR is being submitted "now for review" and that the final disclosure, therefore, "should be disclosed to the parties by" January 5, 2023. Under these circumstances, it will not be possible for me to submit my sentencing memorandum on January 5, 2023.[1] As a result, I ask that Your Honor please allow me to submit my sentencing memorandum on January 9, 2023.[2]

Thank you for your consideration.

Granted.
SO ORDERED
KENNETH M. KARAS U.S.D.J.
1/5/23

AUSA Marcia Cohen

Sincerely,

//s

Benjamin Gold
Assistant Federal Defender

---

[1] While I did receive a draft Probation Report, the draft report did not contain any details regarding the ▮▮▮▮▮▮▮▮▮▮ that Probation conducted. I will need time to review that portion of the report, as well as any of the changes that were made to the draft report.

[2] I have no objection to giving the Government a similar postponement.