United States District Court
Southern District of New York
-------------------------------------------------

United States of America,

              -against-                    **ORDER**

                                              21 Cr 528 (KMK)

Patrick Gorychka.

                      Defendant.
-------------------------------------------------

Upon motion by the defendant, and for the reasons discussed on the record on September 26, 2024, the Court hereby orders that both the United States Marshalls and the Bureau of Prisons consider that it is this Court's desire that Patrick Gorychka be expeditiously transported back to FCI Milan   It is this Court's hope that Mr. Gorychka is back at FCI Milan no later than October 10, 2024.

SO ORDERED.

Dated:   9/27/24
White Plains, New York

                                                                                  _____
                                                                        The Honorable Kenneth M. Karas
                                                                        United States District Judge